## FOURTH DEPARTMENT, JANUARY, 1929.

ALBANY SAVINGS BANK, Respondent, v. HYMAN DRESNER and Others, Defendants. HERBERT ROSSBERG, Appellant.— Order reversed, without costs, and receivership vacated, upon condition that appellant shall deposit a guaranty fund of $110,000 to secure payment to plaintiff of any deficiency judgment in its favor on the foreclosure. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOSHUA M. BUSHINSKY, Respondent, v. EDWARD CORNBLUM and WILLIAM A. STAUDACHER, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HAROLD P. GOULD, Respondent, v. LOUIS ROSOKOFF, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PAUL BARLETTA, Appellant, v. JAMES PERRI and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WALDO WESTON, as Sole Surviving Trustee, etc., of MARY L. HAMLIN, Deceased, Appellant, Respondent, v. JULIA S. LOOMIS and Others, Defendants. MARY H. HAMLIN, Appellant, Respondent.— Appeals dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of Proving the Last Will and Testament of GEORGE D. GILLSON, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANK H. TOWNE, Respondent, v. ROY PRICE and Others, Defendants. NIAGARA FOUNDRY COMPANY and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PAUL A. BROWN, Respondent, v. THOMAS LAMPONE, Appellant.— Appeal dismissed unless records and briefs are filed and served by February fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CARRIE BRIDENBAKER, Appellant, v. MAY KISSELL and Others, Respondents.— Appeal dismissed unless ready for argument January tenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WALTER R. BALDING, Respondent, v. ANTONINO M. D'APRILE, Appellant.— Appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DALE ENGINEERING COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 17550.)— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HELEN M. BULLIS, as Administratrix, etc., of GEORGE BULLIS, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY G. WERNIMONT, Appellant, v. THE SAMUEL STORES, INCORPORATED, Respondent.— Appeals dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.